UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORGE DE LA TORRE,

                Plaintiffs,

v.

IQ DATA INTERNATIONAL INC., *et al.*,

                Defendants.
_____/

Case No. 22-cv-12516
Paul D. Borman
United States District Judge

## **ORDER STRIKING FILING**

On October 20, 2022, Plaintiff filed the Complaint in this case (ECF No. 1). The type size used in this filing does not follow the local rule. LR 5.1(a)(3) states, "Except for standard preprinted forms that are in general use, type size of all text and footnotes must be no smaller than 10-1/2 characters per inch (non-proportional) or 14 point (proportional)." Accordingly, it is ORDERED that ECF No. 1 shall be STRICKEN from the record in this case and the image removed from the CM/ECF system. Defendants are ordered to refile the document as 'Amended as to font" Complaint, **using 14 point sized font.**

    SO ORDERED.

Dated: October 24, 2022

s/Paul D. Borman
Paul D. Borman
United States District Judge