UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORGE DE LA TORRE,

                Plaintiffs,

v.

IQ DATA INTERNATIONAL INC., *et al.*,

                Defendants.
_____/

Case No. 22-cv-12516
Paul D. Borman
United States District Judge

## ORDER DIRECTING PLAINTIFF TO SECURE LOCAL COUNSEL

On October 20, 2022, Marwan R. Daher filed a Notice of Appearance on behalf of Plaintiff Jorge De La Torre (ECF No. 1). Marwan Daher is an attorney with Sulaiman Law Group, Ltd. in Lombard, Illinois. (ECF No. 1, PageID 23). Four other lawyers from the same firm filed appearances on October 20, 2022 (ECF Nos. 3, 4, 5 & 6).

The Court notes that Eastern District of Michigan Local Rule 83.20(f), Local Counsel, provides:

> A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the

case if non-local counsel does not do so. On application, the Court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

E.D. Mich. L.R. 83.20(f)(1). In addition, "[l]ocal counsel must attend each scheduled appearance on the case unless the Court, on its own motion or on motion or request of a party, dispenses with the requirement." *Id.* at (f)(2).

Accordingly, the Court **ORDERS** Plaintiff to secure local counsel pursuant to E.D. Mich. LR 83.20(f), and local counsel must enter an appearance in this case by **November 1, 2022**.

**IT IS SO ORDERED.**

Dated: October 24, 2022
s/Paul D. Borman
Paul D. Borman
United States District Judge