# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Jorge De La Torre,

            Plaintiff,      Case No. 22-12516

v.                              Judith E. Levy
                              United States District Judge

IQ Data International Inc., *et al.*,

                              Mag. Judge Elizabeth A. Stafford

           Defendants.

_____/

## ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER

On October 24, 2022, Judge Paul D. Borman entered an order directing Plaintiff to secure local counsel pursuant to Local Rule 83.20(f). (ECF No. 12); *see also* E.D. Mich. L.R. 83.20(f)(1). The order specified that "local counsel must enter an appearance in this case by November 1, 2022." (ECF No. 12, PageID.39.) To date, local counsel has not entered an appearance for Plaintiff. It is hereby ordered that Plaintiff show cause by **January 23, 2023**, why Plaintiff has not complied with the order directing Plaintiff to secure local counsel.

      IT IS SO ORDERED.

Dated: January 18, 2023　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

　　The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 18, 2023.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager