UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| JORGE DE LA TORRE,<br><br>Plaintiff,<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC., TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 5:22-cv-12516-JEL-EAS |

**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC**

PLEASE TAKE NOTICE that Jorge De La Torre ("Plaintiff") and Equifax Information Services, LLC ("Defendant"), hereby notify the Court the parties have reached settlement as to Equifax Information Services, LLC, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: January 25, 2023            Respectfully submitted,

                                                        **JORGE DE LA TORRE**
                                                        By: */s/ Marwan R. Daher*

                                                        Marwan R. Daher, Esq.
                                                        Counsel for Plaintiff
                                                        Sulaiman Law Group, Ltd
                                                        2500 S Highland Ave, Suite 200
                                                        Lombard, IL 60148
                                                        Telephone: (630) 575-8181
                                                        mdaher@sulaimanlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                                                */s/ Marwan R. Daher*
                                                                Marwan R. Daher, Esq